# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| CUSTOM INTERIORS AND SUPPLY COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | No. 04-1158-T/An |
| ADVANCED COMPONENTS SPECIALISTS, INC., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION FOR NEW SCHEDULING ORDER AND NEW TRIAL DATE

The parties to this action have filed a joint motion seeking an extension of various pre-trial deadlines and a new trial date. The parties assert that an additional ninety days is needed to complete written discovery and schedule depositions, which will in turn require a continuance of the trial, which is currently set for December 12, 2005.

For good cause shown, the parties' motion is GRANTED. The following dates are hereby established as final deadlines:

**Completing All Discovery:** January 25, 2006

    (a) **Requests for Production, Interrogatories and Requests for Admissions:** November 25, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 09-15-05

    **(b)**     **Expert Disclosure (Rule 26(a)(2)):**

| | | |
|---|---|---|
| (i) | Plaintiff's Experts: | November 25, 2005 |
| (ii) | Defendant's Experts: | December 25, 2005 |
| (iii) | Supplementation under Rule 26(c): | January 5, 2006 |

    **(c)**     **Deposition of Experts:**     January 25, 2006

**Filing Dispositive Motions:**     December 12, 2005

The provisions in the prior scheduling order regarding the timing of the parties' final lists of exhibits and witnesses under Rule 26(a)(3), and any objections to those lists, shall remain the same.

The current trial setting is hereby CONTINUED, and **the case is RESET for non-jury trial on March 15, 2006 at 9:30 a.m.** A joint pre-trial order is due on March 3, 2006.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

9 September 2005
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:04-CV-01158 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Rondall Myers
P.O. Box 429
Paris, TN 38242

William G. Whitman
BASS BERRY & SIMS, PLC
The Tower at Peabody Place
100 Peabody Place
Ste. 900
Memphis, TN 38103--367

John C. Speer
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Stephen C. Barton
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT