IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT JACKSON

CUSTOM INTERIORS AND SUPPLY CO., INC.

Plaintiff/Counter-Defendant,

v.  No. 1-04-1158 T/An

ADVANCED COMPONENTS SPECIALISTS, INC.

Defendants/Coutner-Plaintiff,

## ORDER GRANTING PLAINTIFF/COUNTER/DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter came before the Court upon the plaintiff/counter-defendant's Motion for Extension of Time to Respond to defendant/counter-plaintiff's Motion for Partial Summary Judmgnet, and the Court finds that the plaintiff/counter-defendant's Motion is well taken and should be granted; it is, therefore,

ORDERED, ADJUDGED AND DECREED that the plaintiff/counter-defendant is granted an extension of time to respond to the defendant/counter-plaintiff's Motion for Partial Summary Judgment thirty (30) days after the expiration of the discovery deadline, which is either January 25, 2006, which is the current deadline, or February 28, 2006, which is the proposed new deadline.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/30/05

_____
JUDGE   *James D. Todd*

Date: *29 December 2005*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:04-CV-01158 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Stephen C. Barton
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Rondall Myers
P.O. Box 429
Paris, TN 38242

William G. Whitman
BASS BERRY & SIMS, PLC
The Tower at Peabody Place
100 Peabody Place
Ste. 900
Memphis, TN 38103--367

John C. Speer
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Craig C. Conley
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT